May 5, 2015

83,198-01

CLERK OF THE COURT
TEXAS COURT OF CRIMINAL APPEALS
P.O. BOX 12308
CAPITOL STATION
AUSTIN, TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 12 2015

Abel Acosta, Clerk

RE: CAUSE No. 2010-CR-1086-W1
IN THE DISTRICT COURT 226th JUDICIAL DISTRICT, BEXAR COUNTY,
TEXAS

DEAR CLERK,

THIS LETTER IS INREGARDS TO THE MAILING OF ONE WRIT OF MANDAMUS AND DOCUMENTS IN SUPPORT TO YOUR OFFICE AT THE ADDRESS ABOVE, THESE DOCUMENTS WERE PLACE IN UNIT MAILING ON APRIL 20, 2015, AS OF THIS DATE MAY 5, 2015, I HAVE NOT RECEIVED ANY ACKNOWLEDGMENT OF THE RECIEPT OF MY PETITION, PLEASE LET ME KNOW IF MY WRIT OF MANDAMUS HAS ARRIVED AND BEEN PRESENTED TO THE COURT, I DO THANK YOU FOR YOUR TIME IN THIS MATTER, PLEASE STAMP-DATE THIS LETTER AND RETURN IT BACK TO ME FOR MY FILINGS.

THANK YOU,

Jose Medina

JOSE MEDINA
TDCJ ID # 1683436
DALHART UNIT
11950 FM 998
DALHART, TEXAS 79022